**Opinion issued October 24, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-11-00937-CR

———————————

**CHESTER MCGEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from 155th District Court**
**Waller County, Texas**
**Trial Court Cause No. 090213116**

---

## MEMORANDUM OPINION

A jury convicted appellant, Chester McGee, of the offense murder and assessed punishment of confinement for 37 years. *See* TEX. PENAL CODE ANN. § 19.02(b)(1) (West Supp. 2012). The trial court entered an affirmative finding on the use or exhibition of a deadly weapon.

Appellant's appointed counsel on appeal has filed a motion to withdraw, along with an *Anders* brief, stating that the record presents no reversible error and that, therefore, the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). Counsel's brief meets the *Anders* requirements by presenting a professional evaluation of the record. *See id.*; *see also High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978). Counsel indicates that he has thoroughly reviewed the record and that he is unable to advance any grounds of error that warrant reversal. *See Anders*, 386 U.S. at 744, 87 S. Ct. at 1400; *In re Schulman*, 252 S.W.3d 403, 408 (Tex. Crim. App. 2008); *Mitchell v. State*, 193 S.W.3d 153, 154 (Tex. App.—Houston [1st Dist.] 2006, no pet.).

Counsel's brief reflects that he delivered a copy of the brief to appellant and has informed him of his right to examine the appellate record and to file a response. *See Schulman*, 252 S.W.3d at 408. Appellant has not filed a pro se response. The State filed a waiver of its opportunity to file an appellee's brief.

We have independently reviewed counsel's brief and the entire record. We conclude that no reversible error exists in the record, that there are no arguable grounds for review, and that therefore the appeal is frivolous. *See Anders*, 386 U.S. at 744, 87 S. Ct. at 1400; *Garner v. State*, 300 S.W.3d 763, 767 (Tex. Crim. App. 2009) (considering whether there are "arguable grounds" for review); *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (emphasizing that reviewing

2

court—and not counsel—determines, after full examination of proceedings, whether the appeal is wholly frivolous); *Mitchell*, 193 S.W.3d at 155. An appellant may challenge a holding that there are no arguable grounds for appeal by filing a petition for discretionary review in the Court of Criminal Appeals. *See Bledsoe*, 178 S.W.3d 827 & n.6.

We affirm the judgment of the trial court and grant counsel's motion to withdraw.[1] Attorney Clint F. Sare must immediately send the notice required by Texas Rule of Appellate Procedure 6.5(c) and file a copy of that notice with the Clerk of this Court. *See* TEX. R. APP. P. 6.5(c).

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] Appointed counsel still has a duty to inform appellant of the result of this appeal and that he may, on his own, pursue discretionary review in the Texas Court of Criminal Appeals. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005).